IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60402
Summary Calendar
_____

MICHAEL HENRY HEARN,

Petitioner-Appellant,

versus

EDDIE LUCAS, Commissioner, Mississippi Department
of Corrections; JAMES V. ANDERSON, Superintendent,
Mississippi State Penitentiary; TOMMY ROSS; MIKE MOORE,
Attorney General,

Respondents-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:97-CV-153-LN
- - - - - - - - - -
July 6, 1999

Before SMITH, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael Henry Hearn, Mississippi state prisoner # B34476, has failed to comply with the order of a judge of this court to pay a monetary sanction of $30 and to cease filing abusive pleadings with the court.

Hearn's appeal is DISMISSED with prejudice and he is BARRED from filing any further pleadings in this court until he has paid the monetary sanction of $30. See Theriault v. Silber, 579 F.2d 302, 303 (5th Cir. 1978).

APPEAL DISMISSED; SANCTION IMPOSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.